BYRD MOTOR LINES v. DUNLOP TIRE AND RUBBER

No. 403P83.

Case below: 63 N.C. App. 292

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 April 1984.

CARTER v. POOLE

No. 65P84.

Case below: 66 N.C. App. 143.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 April 1984.

CHASE v. BOWERS

No. 464P83.

Case below: 63 N.C. App. 565.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 April 1984.

CHEMICAL REALTY CORP. v. HOME FED'L SAVINGS & LOAN

No. 91P84.

Case below: 65 N.C. App. 242.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 April 1984.

FIREMAN'S FUND INSUR. CO. v. WASHINGTON

No. 622P83.

Case below: 65 N.C. App. 38.

Petition by several defendants for discretionary review under G.S. 7A-31 denied 3 April 1984. Motion by plaintiff to dismiss appeal for lack of substantial constitutional question allowed 3 April 1984.